**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOHNNY LANE,<br><br>Defendant. | Case No. ________________<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 249(a)(1) – Hate Crime; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |

The United States Attorney charges that:

COUNT ONE

On or about June 7, 2025, within the Southern District of California, Defendant JOHNNY LANE, aiding and abetting AUSTIN YOHE and DANIEL BURNS, willfully caused bodily injury to T.L.W. because of the actual and perceived race and color of any person; in violation of Title 18, United States Code, Sections 249(a)(1) and 2.

Count Two

On or about June 7, 2025, within the Southern District of California, Defendant JOHNNY LANE, aiding and abetting AUSTIN YOHE and DANIEL BURNS, willfully caused bodily injury to T.J. because of the actual and perceived race and color of any person; in violation of Title 18, United States Code, Sections 249(a)(1) and 2.

/ /

Count Three

On or about June 7, 2025, within the Southern District of California, Defendant JOHNNY LANE, aiding and abetting AUSTIN YOHE and DANIEL BURNS, willfully caused bodily injury to E.H. because of the actual and perceived race and color of any person; in violation of Title 18, United States Code, Sections 249(a)(1) and 2.

DATED: 09/30/2026 .

ADAM GORDON
United States Attorney

C. Seth Askins

MICHAEL J. SONGER
C. SETH ASKINS
Assistant U.S. Attorneys